**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Patrice Behanzin WILSON, a/k/a
K–Mel, Defendant–Appellant.**

**No. 02–7905.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2003.

Decided Feb. 27, 2003.

Patrice Behanzin Wilson, Appellant Pro Se. John Samuel Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Patrice Behanzin Wilson seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Wilson has not made a substantial showing of the denial of a constitutional right. *See United States v. Wilson*, Nos. CR–96–34–BR; CA–01–215–7–BR (E.D.N.C. Sept. 19, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*